IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BENSON J. KINNEY,

      Appellant,

 v.

Case No.  5D22-471
LT Case No. 2014-CF-3448-A-Y

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed December 6, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Gary L. Sanders, Judge.

Benson J. Kinney, Arcadia, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa Marie
Williams, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, EISNAUGLE and HARRIS, JJ., concur.